DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AURATEX HOME FASHION, LLC,**
Appellant,

v.

**VALIANT GLASS WORKS PRIVATE LIMITED,**
Appellee.

No. 4D22-3405

[July 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE21-017805.

Eric Lee of Lee & Amtzis, P.L., Boca Raton, for appellant.

Loretta Bangor of Law Office of Loretta Bangor, Lake Worth, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*